151 A.3d 92

STATE OF NEW JERSEY PLAINTIFF-RESPONDENT, v.
LESTER ALFORD, DEFENDANT-PETITIONER.

September 12, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-002418-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

151 A.3d 92

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. SILAS QUIXAL, DEFENDANT-PETITIONER.

September 12, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-001966-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.